Tuesday, March 3, 2015

No. 15–0403/AR.   Armand Andreozzi, Petitioner v. United States, Respondent. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus was filed under Rule 27(a) on this date.